# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman,
Chief Justice

155039(47)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HARRY MAINE, JR.,
        Defendant-Appellant.

_____/

SC: 155039
COA: 328475
Wayne CC: 15-000907-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental pleading is GRANTED. The supplemental pleading submitted on March 9, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk